## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hull, Jamie | Case Number:  06 B 13102 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  10/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  June 26, 2008

Confirmed:  November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,612.23 | |
| Secured: | | 3,317.91 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,674.00 |
| Trustee Fee: | | 349.55 |
| Other Funds: | | 270.77 |
| Totals: | 6,612.23 | 6,612.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,674.00 | 2,674.00 |
| 2. | Affordable Furniture | Secured | 467.91 | 467.91 |
| 3. | Drive Financial Services | Secured | 7,873.49 | 2,850.00 |
| 4. | Illinois Dept of Revenue | Priority | 102.56 | 0.00 |
| 5. | Affordable Furniture | Unsecured | 32.65 | 0.00 |
| 6. | Drive Financial Services | Unsecured | 39.61 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | Charter One Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,190.22 | $ 5,991.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 47.90 |
| 5.4% | 224.47 |
| 6.5% | 77.18 |
| | _____ |
| | $ 349.55 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hull, Jamie

      Printed:  9/3/08

Case Number:  06 B 13102

Judge:  Wedoff, Eugene R

Filed:  10/13/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

